**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Karyn Kenya Jackson		CHAPTER 13
		Debtor(s)

BKY. NO. 24-10810 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

	Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

		Respectfully submitted,

/s/ 
Denise Carlon
06 Feb 2025, 16:28:15, EST

	KML Law Group, P.C.
	701 Market Street, Suite 5000
	Philadelphia, PA 19106-1532
	(215) 627-1322