UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| KARYN KENYA JACKSON | : | |
| | : | |
| Debtor(s) | | No. 24-10810 amc |

CERTIFICATE OF NO OBJECTION

COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor, and hereby certifies that **no objection** to the Motion to Modify Confirmed Plan, served on May 6, 2025, has been received as of this date.

Dated: May 9, 2025                LAW OFFICES OF MICHELE PEREZ CAPILATO

By: /s/ Michele Perez Capilato
Michele Perez Capilato, Esquire
Identification No. 90438
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
michelecapilatolaw@gmail.com
(267) 513-1777
Fax 1(866) 535-8160

Attorney for Debtor(s)