**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **KARYN KENYA JACKSON** | : | |
| | : | |
| Debtor(s) | : | No. 24-10810 amc |

**ORDER**

AND NOW, this 13th day of May 2025, the Court having considered the Debtor's Motion to Modify Confirmed Chapter 13 Plan, and for good cause appearing therefore, it is

ORDERED that the Debtor's confirmed plan is modified to reflect $4,863.52 has been paid to the Trustee over 13 months and the Debtor shall pay $360.00 per month for the remaining 47 months of the plan, for a total base amount of $21,783.52 as reflected in Exhibit "C" of the Motion.

_____
ASHELY M. CHAN
Chief United States Bankruptcy Judge