UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>　　KARYN KENYA JACKSON<br>　　　　Debtor<br>U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, NOT IN ITS, INDIVIDUAL CAPACITY BY SOLELY AS LEGAL TITLE TRUSTEE FOR, TRUMAN 2025 SC11 TITLE TRUST, AS SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC,<br>　　　Movant<br><br>　　　v.<br>KARYN KENYA JACKSON<br>　　　Debtor<br>　　KENNETH E. WEST<br>　　　Trustee<br>　　　Respondent(s) | Chapter 13<br><br>Case Number: 24-10810-amc |
| In Re:<br>　　KARYN KENYA JACKSON | Chapter 13 |

## ORDER

AND NOW, upon the Motion for Relief from Automatic Stay and upon Consent Order/ Stipulation of U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, NOT IN ITS, INDIVIDUAL CAPACITY BY SOLELY AS LEGAL TITLE TRUSTEE FOR, TRUMAN 2025 SC11 TITLE TRUST, AS SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC and any successor in interest and Debtor, KARYN KENYA JACKSON, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED AND DECREED that

The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified to allow U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, NOT IN ITS, INDIVIDUAL CAPACITY BY SOLELY AS LEGAL TITLE TRUSTEE FOR, TRUMAN 2025 SC11 TITLE TRUST, AS SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC (and any assignee/successor-in-interest) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 1613 ARNOLD AVE WILLOW GROVE, PENNSYLVANIA 19090.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

**Date: January 13, 2026**

BY THE COURT:

_____
Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE