United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10810-amc |
| Karyn Kenya Jackson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 13, 2026 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karyn Kenya Jackson, 1613 Arnold Avenue, Willow Grove, PA 19090-4501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 14 2026 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: bnc@atlasacq.com | Jan 14 2026 00:21:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | Email/Text: BankruptcyECFMail@mccalla.com | Jan 14 2026 00:21:00 | US Bank Trust National Association, Not In Its Ind, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + Email/Text: kebeck@bernsteinlaw.com | Jan 14 2026 00:21:00 | Toyota Motor Credit Corporation, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| cr | | U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 13, 2026 | Form ID: pdf900 | Total Noticed: 6

Date: Jan 15, 2026  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MARK A. CRONIN | on behalf of Creditor U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION  NOT IN ITS, INDIVIDUAL CAPACITY BY SOLELY AS LEGAL TITLE TRUSTEE FOR, TRUMAN 2025 SC11 TITLE TRUST, AS SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Karyn Kenya Jackson michelecapilatolaw@gmail.com perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    KARYN KENYA JACKSON<br>        Debtor<br>U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, NOT IN ITS, INDIVIDUAL CAPACITY BY SOLELY AS LEGAL TITLE TRUSTEE FOR, TRUMAN 2025 SC11 TITLE TRUST, AS SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC,<br>        Movant<br><br>V.<br><br>    KARYN KENYA JACKSON<br>        Debtor<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 24-10810-amc |
| In Re:<br>    KARYN KENYA JACKSON | Chapter 13 |

## ORDER

AND NOW, upon the Motion for Relief from Automatic Stay and upon Consent Order/Stipulation of U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, NOT IN ITS, INDIVIDUAL CAPACITY BY SOLELY AS LEGAL TITLE TRUSTEE FOR, TRUMAN 2025 SC11 TITLE TRUST, AS SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC and any successor in interest and Debtor, KARYN KENYA JACKSON, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED AND DECREED that

The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified to allow U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, NOT IN ITS, INDIVIDUAL CAPACITY BY SOLELY AS LEGAL TITLE TRUSTEE FOR, TRUMAN 2025 SC11 TITLE TRUST, AS SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC (and any assignee/successor-in-interest) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 1613 ARNOLD AVE WILLOW GROVE, PENNSYLVANIA 19090.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

**Date: January 13, 2026**

_____
Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE