UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **KARYN KENYA JACKSON** | : | |
| | : | |
| Debtor(s) | : | No. 24-10810 amc |

## CERTIFICATE OF NO OBJECTION

COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor(s), and hereby certifies that **no objection** to the Motion for Approval of Compensation (Long Form Application for Compensation), has been received as of this date, after being served upon interested parties on January 4, 2026.

February 7, 2026                             Respectfully Submitted,

/s/Michele Perez Capilato
Michele Perez Capilato, Esquire
Attorney I.D. No. 90438
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1(866) 535-8160