United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-10810-amc

Karyn Kenya Jackson                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 28, 2026 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karyn Kenya Jackson, 1613 Arnold Avenue, Willow Grove, PA 19090-4501 |
| cr | + | Carrington Mortgage Services, LLC as Servicer for, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14863387 | + | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 15094340 | + | Carrington Mortgage Services, LLC, c/o Lauren M. Moyer, Esq, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14863391 | + | Crdtworksllc, 3191 Coral Way, Miami, FL 33145-3213 |
| 14863393 | + | Danielle M. Dileva, Esquire, 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 14960545 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 15066615 | + | U.S. BANK TRUST COMPANY et. al., Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Suite 200-A, Anaheim, CA 92806-5948 |
| 14863400 | + | U.S. Bank National Association, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-1000 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 29 2026 01:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2026 01:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Apr 29 2026 01:00:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 29 2026 01:00:00 | US Bank Trust National Association, Not In Its Ind, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Apr 29 2026 01:00:00 | Toyota Motor Credit Corporation, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 14874468 | | Email/Text: bnc@atlasacq.com | Apr 29 2026 01:00:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14863388 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 29 2026 01:00:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 15031335 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 29 2026 01:00:00 | JPMorgan Chase Bank, National Association, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 14863389 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 01:09:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14863390 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2026 01:08:49 | Chase Card Services, Attn: Bankruptcy, P.O. |

District/off: 0313-2                                  User: admin                                  Page 2 of 3

Date Rcvd: Apr 28, 2026                              Form ID: pdf900                              Total Noticed: 35

| | | | |
|---|---|---|---|
| | | | 15298, Wilmington, DE 19850-5298 |
| 14863392 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2026 01:08:54 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14863394 | Email/Text: paulnguyen@denefits.com | Apr 29 2026 01:00:00 | Denefits, Attn: Bankruptcy, 16500 Bake Pkwy Suite 100, Irvine, CA 92618 |
| 14863395 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 29 2026 01:00:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14863396 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2026 01:00:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14863397 | + Email/Text: bankruptcy@kikoff.com | Apr 29 2026 01:00:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14882631 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 01:08:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14865463 | Email/Text: BankruptcyECFMail@mccalla.com | Apr 29 2026 01:00:00 | US Bank Trust National Association, Not In Its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14889308 | + Email/PDF: cbp@omf.com | Apr 29 2026 01:08:59 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14863398 | + Email/PDF: cbp@omf.com | Apr 29 2026 01:08:49 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14863399 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 29 2026 01:00:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14882059 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 29 2026 01:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14882909 | ^ MEBN | Apr 29 2026 00:51:30 | US Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14976197 | ^ MEBN | Apr 29 2026 00:51:39 | US Bank Trust National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14878321 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 29 2026 01:00:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1911 |
| 14863401 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 29 2026 01:00:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14863402 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 29 2026 01:00:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |
| cr | | U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION |
| 14881862 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15031444 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, JPMorgan Chase Bank, National Association, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 15003236 | * | US Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Apr 28, 2026                       Form ID: pdf900                                 Total Noticed: 35

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LAUREN MOYER | on behalf of Creditor Carrington Mortgage Services  LLC as Servicer for U.S. Bank Trust Company, National Association, Not in its Individual Capacity but Solely as Legal Title Trustee for Truman 2025 SC11 Title Trust bkecf@friedmanvartolo.com |
| MARK A. CRONIN | on behalf of Creditor U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION  NOT IN ITS, INDIVIDUAL CAPACITY BY SOLELY AS LEGAL TITLE TRUSTEE FOR, TRUMAN 2025 SC11 TITLE TRUST, AS SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MATTHEW K. FISSEL | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Karyn Kenya Jackson michelecapilatolaw@gmail.com perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13
        KARYN KENYA JACKSON
                                                Bankruptcy No. 24-10810-AMC

                        Debtor

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 28, 2026**

Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge